# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TERRY BETTIS,

      Plaintiff

vs.                                                   Cause No. 2:20-cv-00922-GBW-KRS

CITY OF EUNICE
and CITY COUNCIL OF EUNICE,

      Defendants.

## STIPULATED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Come now, Jeffrey L. Baker and Renni Zifferblatt (The Baker Law Group), counsel of record representing Defendants City of Eunice and City Council of Eunice, and Vincent Ward, Christopher Dodd (Freedman Boyd Hollander Goldberg, Urias & Ward PA), and Randy Knudson (Doerr & Knudson, PA) counsel of record representing Plaintiff Terry Bettis, and hereby stipulate to the withdrawal of Jeffrey L. Baker and Renni Zifferblatt of The Baker Law Group on behalf of Defendants City of Eunice and City Council of Eunice, and to substitute Renni Zifferblatt on behalf of the New Mexico Self Insurers Fund, to represent Defendants City of Eunice and City Council of Eunice, to be effective as of January 19, 2021.

Respectfully submitted,

THE BAKER LAW GROUP

By: */s/ Jeffrey L. Baker*
      Jeffrey L. Baker
Renni Zifferblatt
20 First Plaza, NW, Ste. 402
Albuquerque, NM 87102
Telephone:  (505) 247-1855
Facsimile:  (505) 766-9113
jeff@thebakerlawgroup.com,
renni@thebakerlawgroup.com

**APPROVED VIA EMAIL ON 01.21.2021**

**Freedman Boyd Hollander Goldberg, Urias & Ward PA**
Vincent  J. Ward
Christopher Dodd
20 First Plaza NW Suite 700
Albuquerque, NM 87102
vjw@fbdlaw.com
cad@fbdlaw.com

**Doerr & Knudson PA**

Randy Knudson
212 West First Street
Portales, NM 88130
lawyers@yucca.net
**Attorneys for Plaintiff**


**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 21st day of January, 2021, the foregoing was submitted through the CM/ECF electronic filing which caused counsel of record to be served by electronic means. A courtesy copy was also sent via email to:


Christopher Dodd   cad@fbdlaw.com
Randy J. Knudson   lawyers@yucca.net
Vincent J. Ward    vjw@fbdlaw.com


    /s/ Jeffrey L. Baker